OCTOBER 28, 1802.

# John Drake *v.* G. M. Bedinger and Henry Clay.

*Upon a writ of error to reverse a judgment of the County Court of Bourbon county.*

1. Where a jurisdiction has once properly attached, it can be ousted only by
the express words of the statute.
2. The act creating the county of Nicholas out of a portion of the territory
of the county of Bourbon did not oust the Bourbon courts of their jurisdiction
of such matters as were depending before them from the territory of the new
county, when the act took effect.

The county court of Bourbon erred in dismissing the proceed-
ings in this case for the cause stated in the record, because the act
establishing the county of Nicholas provides *that the courts* of
Bourbon shall retain jurisdiction of such matters as were then
pending before them.   When these proceedings were commenced
the county court of Bourbon had jurisdiction of them, and when a
jurisdiction has properly attached it can not be ousted but by
express words and not by implication.   This court would, there-
fore, reserve the judgment and send back the cause for the pro-
ceedings to commence at the stage where they were dismissed ;
but it being suggested from the bar that the only object to be
accomplished by bringing this writ of error is to avoid the pay-
ment of the costs in the inferior court, it is adjudged and ordered
that the said judgment be reversed, and the execution issued
thereon be quashed, and that the plaintiff recover of the defendants
his costs in this behalf expended, which is ordered to be certified
to the said court.